The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-188 JLR |
| Plaintiff, | ORDER CONTINUING TRIAL AND STATUS HEARING |
| v. | |
| MARCO RAMIREZ, | |
| Defendant. | |

Having considered the record and the parties' April 22, 2020, joint motion, and General Orders 02-20 and 07-20 for the Western District of Washington, the Court FINDS that neither trial nor the currently scheduled status hearing in this case can proceed before July 1, 2020. For the reasons detailed in the parties' joint motion, the ends of justice served by continuing the trial and status hearing outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the parties' joint motion to continue the trial date, status hearing, and other dates is GRANTED.

The status hearing currently scheduled for June 2, 2020, is CONTINUED until July 2, 2020, at 9:00 a.m. At that status hearing, the Court will set a new trial date.

IT IS FURTHER ORDERED that the time between the date of the filing of the parties' joint motion and the July 2, 2020, status hearing is excluded in computing the time

within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

Dated this 24th day of April, 2020.

The Honorable James L. Robart
U.S District Court Judge

Presented by:

*/s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

*/s/ David Hammerstad* (per approval)
DAVID HAMMERSTAD
Counsel for Marco Ramirez

Order Continuing Trial and Status Hearing
*United States v. Ramirez*, CR19-188 JLR – 2